

PLACEHOLDER

This document has been removed by the Court. If you are a party that has been granted access to the document, please email the CM/ECF Help Desk at ecfhelpdesk@mnd.uscourts.gov for instructions on how to receive a copy of the document.