# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Christopher Erik Septon,<br><br>    Defendant. | NOTICE TO THE COURT OF POSSIBLE RELATED CASE<br><br>Case No.  25-cr-300 |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to *United States v. Christopher Erik Septon*, No. 07-cr-272(2).

☐ Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

X Cases involving the same defendant(s), whether the prior cases are open or closed.

☐ Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

☐ Cases that arise out of the same investigation and have temporal proximity.

☐ A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

☐ The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

☐ Other _____ .

Dated: August 12, 2025        */s/ Matthew D. Forbes*

                 Matthew D. Forbes
                 Assistant U.S. Attorney
                 U.S. Attorney's Office
                  for the District of Minnesota
                 300 South Fourth Street
                 Minneapolis, MN  55415
                 612-664-5600